**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| BENJAMIN S. RICH, | |
| Plaintiff, | CIVIL ACTION NO. 3:24-cv-02266 |
| v. | (SAPORITO, J.) |
| JACE PARCELL, | |
| Defendant. | |

## ORDER

**AND NOW**, this 31st day of July, 2026, in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's claims for injunctive and declaratory relief are **DISMISSED** for lack of subject matter jurisdiction.

2. With respect to plaintiff's remaining claim for monetary damages, defendant's motion for summary judgment (Doc. 16) is **GRANTED**. The Clerk is directed to enter **JUDGMENT** in favor of defendant and against plaintiff.

3. The Clerk is directed to mark this case as **CLOSED**.

Dated: July 31, 2026

*s/Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States District Judge