AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Pennsylvania

Benjamin S. Rich
*Plaintiff*
v.
Jace Parcell
*Defendant*

Civil Action No. 3:24-CV-2266

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* ______ recover from the defendant *(name)* ______ the amount of ______ dollars ($ ______ ), which includes prejudgment interest at the rate of ______ %, plus post judgment interest at the rate of ______ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ______ recover costs from the plaintiff *(name)* ______ .

☑ other: JUDGMENT is entered in favor of defendant Parcell and against plaintiff with respect to the plaintiff's claim for monetary damages.

This action was *(check one)*:

☐ tried by a jury with Judge ______ presiding, and the jury has rendered a verdict.

☐ tried by Judge ______ without a jury and the above decision was reached.

☑ decided by Judge Joseph F. Saporito, Jr. on a motion for Summary Judgment (Doc. 16).

Date: July 31, 2026

*CLERK OF COURT*

s/*Mary Rose Schirra*

*Signature of Clerk or Deputy Clerk*